UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICTORIA MOORE | * | CIVIL ACTION NO. 20-3125 |
| | * | |
| VERSUS | * | SECTION: "I"(1) |
| | * | |
| SOCIAL SECURITY ADMINISTRATION | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

## REPORT AND RECOMMENDATION

Plaintiff Victoria Moore filed this lawsuit on November 30, 2020.[1] She filed a Supplemental Complaint on December 2, 2020. She is proceeding *pro se* (without the assistance of counsel) and *in forma pauperis* (without prepayment of costs).

Because there was no evidence of service on the defendant, on March 2, 2021, the Court ordered Moore to show cause why the lawsuit should not be dismissed for failure to complete service. Moore appeared at the hearing via teleconference and the Court ordered her to proceed as discussed during the hearing. Moore requested service through the United States Marshals Service (USMS), but the USMS was unable to complete service. On June 9, 2021, the Court ordered service by appointment of the USMS pursuant to Federal Rule of Civil Procedure 4(c). The defendant made an appearance on December 8, 2021, and filed the record of the proceedings before the Social Security Administration into the Court record on December 9, 2021. The Court issued a briefing order requiring Moore to file a Motion for Summary Judgment by February 9, 2022, and requiring Defendant to respond with a Cross-Motion for Summary Judgment by March 25, 2022.

---

[1] Plaintiff first attempted to file her Complaint on November 17, 2020, but this Complaint was marked deficient.

1

Moore did not file her Motion for Summary Judgment as required and on November 2, 2022, the Court issued an Order to Show Cause requiring that Moore file "a report on the status of the case and show cause why Plaintiff's Motion for Summary Judgment has not been completed or filed and/or why this matter should not be dismissed for failure to prosecute and for failure to comply with orders of this Court." (Rec. Doc. 24). The deadline for this filing was December 2, 2022. The Court warned that "[f]ailure to comply with this Order will result in a recommendation that Plaintiff's Complaint be dismissed, with or without further notice." Id.  As of this date, Moore has not filed her Motion for Summary Judgment, nor has she filed a response to the Court's November 2, 2022, Order to Show Cause.

"[A] federal district court possesses the inherent authority to dismiss an action for want of prosecution, which it may exercise on its own motion when necessary to maintain the orderly administration of justice." Gonzalez v. Firestone Tire & Rubber Co., 610 F.2d 241, 247 (5th Cir. 1980). Moore's failure to file her Motion for Summary Judgment and failure to comply with this Court's November 2, 2022, Order to Show Cause demonstrate a clear record of delay. Accordingly,

IT IS RECOMMENDED that plaintiff Victoria Moore's Complaint and Supplemental Complaint be dismissed without prejudice.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will

result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 28th day of December, 2022.

                                                  Janis van Meerveld
                                                  United States Magistrate Judge