UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICTORIA MOORE | * | CIVIL ACTION NO. 20-3125 |
| | * | |
| VERSUS | * | SECTION: "I"(1) |
| | * | |
| SOCIAL SECURITY | * | JUDGE LANCE M. AFRICK |
| ADMINISTRATION | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice.

New Orleans, Louisiana, this 25th day of January, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE